**WO**

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Ramona Lopez, | No. CV05-1794-PHX-SMM |
|       Plaintiff, | |
|  v. | **ORDER** |
| John E. Potter, | |
|       Defendant. | |

Pending before the Court is Defendant's Motion To Excuse Presence of Representative with Settlement Authority from Preliminary Pretrial Conference scheduled for April 5, 2007 at 4:00 p.m. (Dkt. 23.) For good cause shown,

**IT IS HEREBY ORDERED GRANTING** Defendant's Motion To Excuse Presence of Representative with Settlement Authority from Preliminary Pretrial Conference. (Dkt. 23.)

**IT IS FURTHER ORDERED** that Defendant John E. Potter shall not be required to have a representative with binding settlement authority present at the Preliminary Pretrial Conference scheduled to take place on April 5, 2007 at 4:00 p.m.

DATED this 20th day of March, 2007.

Stephen M. McNamee
United States District Judge