WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ramona D. Lopez,<br><br>                Plaintiff,<br><br>v.<br><br>John E. Potter,<br><br>                Defendant. | NO. CIV-05-1794-PHX-SMM<br><br>**ORDER** |

Pending before the Court is the "Motion/Memorandum Joint Motion for Pretrial Conference" filed by Plaintiff Ramona Lopez, who is representing herself in this action. (Dkt. 25.) Plaintiff "requests a motion for joint memorandum, for a pre-conference held on March 20, 2007." (Id.) The Court contacted Plaintiff because it was unable to discern what relief her Motion seeks, if any. Plaintiff stated that she is not requesting any relief, but simply relaying to the Court that she met with defense counsel on March 20, as required by the Court's Rule 16 Order. Accordingly,

**IT IS HEREBY ORDERED DENYING AS MOOT** Plaintiff's "Motion/Memorandum Joint Motion for Pretrial Conference." (Dkt. 25.)

DATED this 22nd day of March, 2007.

Stephen M. McNamee
United States District Judge