**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ramona D. Lopez., ) | No. CV-05-1794-PHX-SMM |
| Plaintiff, ) | ORDER |
| v. ) | |
| John E. Potter, Postmaster General, ) | |
| Defendant. ) | |

Currently before the Court is the "Motion to Compel Defendant to Adhere to Judicial Proceedings by law for the response of The Production of Documents and Things & Interrogatories filed by Plaintiff"(Doc. 34)[1]. In the Court's Order entered April 9, 2007, the parties were notified of the Court's policies regarding discovery disputes. The Order provides in pertinent part,

> **IT IS FURTHER ORDERED** that, **in the event of a discovery dispute, the parties shall contact the Court to request a telephonic conference prior to filing any discovery motions.** The parties shall not contact the Court regarding a discovery dispute unless they have been unable to resolve the dispute themselves, despite personal consultation and sincere efforts to do so. The parties shall not file any written materials related to a discovery dispute or discovery motion without express leave of Court. If the Court does order written submissions, the movant shall include a statement certifying that counsel could not satisfactorily resolve the matter despite personal consultation and sincere efforts to do so, in accordance with LRCiv 7.2(j) of the Rules of Practice of the United States District Court for the District of Arizona.

---

[1] The Court interprets this as a motion to compel discovery responses.

In the pending case, the parties failed to notify the Court of any apparent discovery dispute via telephone prior to filing the pending motion or the response thereto. Furthermore, the Court acknowledges that in his response, Defendant notifies the Court that he in fact served the subject discovery responses prior to Plaintiff filing the present motion.

Accordingly,

**IT IS HEREBY ORDERED DENYING** Plaintiff's Motion to Compel (Doc. 34).[2]

DATED this 12th day of September, 2007.

_____
Stephen M. McNamee
United States District Judge

---

[2]The parties are advised that all future filings must comply with **all** Local Rules of Practice, Federal Rules of Civil Procedure, and all rules of this particular Court. More specifically, the parties shall pay particular attention to the filing requirements pursuant to LRCiv 7.1. Failure to comply with the Local Rules will result in the Court striking the documents.