1   **WO**

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8   Ramona D. Lopez.,                    )    No. CV-05-1794-PHX-SMM
                                         )
9            Plaintiff,                   )    ORDER
                                         )
10      v.                                )
                                         )
11   John E. Potter, Postmaster General,  )
                                         )
12          Defendant.                    )
                                         )
13  ────────────────────────────────────

14          Currently before the Court are the motions of both Plaintiff (Doc. 40) and Defendant

15  (Doc. 39) requesting an amended scheduling order.  The Court has determined that under the

16  circumstances, the deadline for completing discovery will be extended to **Friday, January**

17  **17, 2008**.  Defendant will be granted no further discovery extensions.  Accordingly, the

18  dispositive motion deadline for both parties will be extended until **Friday, February 15,**

19  **2008.**  The previous dates are therefore **vacated.**

20          Furthermore, should the parties have disputes regarding discovery, they are to refer

21  to and comply with the Court's R.16 Order which explains the Court's discovery dispute

22  procedure. Therefore, Plaintiff's Motion to Produce Documents Without Hearing (Doc. 41)

23  is **DENIED** without Prejudice.[1]

24

25  ────────────────────────

26          [1] Defendants however are to comply with the law and provide Plaintiff with
    appropriate responses to discovery under the law.  Plaintiff has contacted Chambers
27  pursuant to the Rule 16 Order, and a date will be set for a discovery dispute hearing
    should Plaintiff not receive such responses prior to the discovery deadline.

1    **IT IS HEREBY ORDERED GRANTING** Defendant's Motion to Continue the

2 Dispositive Motion Deadline (Doc. 39).

3    **IT IS FURTHER ORDERED GRANTING** Plaintiff's Motion for an Extension of

4 Time to File Dispositive Motions (Doc. 40).

5    **IT IS FURTHER ORDERED DENYING** Plaintiff's Motion to Produce Documents

6 Without Hearing (Doc. 41).

7    DATED this 18th day of December, 2007.

8

9

10

11    Stephen M. McNamee
United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27