**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Ramona D. Lopez., | ) | No. CV-05-1794-PHX-SMM |
| Plaintiff, | ) | ORDER |
| v. | ) | |
| John E. Potter, Postmaster General, | ) | |
| Defendant. | ) | |

Having considered Defendant's Motion to Extend the Time to File Exhibit F (Doc. 45), the Declaration of David Carey, in support of the Defendant's Statement of Undisputed Facts, and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** Defendant's Motion to Extend the Time to File Exhibit F (Doc. 45). Defendant shall file Exhibit F on or before February 25, 2008.

DATED this 19th day of February, 2008.

_____
Stephen M. McNamee
United States District Judge