**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Ramona D. Lopez., | ) | No. CV-05-1794-PHX-SMM |
| Plaintiff, | ) | ORDER |
| v. | ) | |
| John E. Potter, Postmaster General, | ) | |
| Defendant. | ) | |

Having reviewed Defendant's Unopposed Motion for an Extension of Time to File a Response to Plaintiff's Motion for Summary Judgment (Doc. 62), and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant's deadline for filing a response to Plaintiff's Motion for Summary Judgment shall be no later than thirty (30) days after the Court enters an order pertaining to Defendant's pending Motion to Strike (Doc. 58).

DATED this 16th day of April, 2008.

Stephen M. McNamee
United States District Judge