**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ramona Lopez, | ) No. CV 05-1794-PHX-SMM |
| | ) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| John E. Potter, | ) |
| Defendants. | ) |

Currently pending before this Court are Plaintiff's Motion for Summary Judgment (Doc. 54) and Statement of Facts (Doc. 57), Defendant's Motion to Summarily Deny (Doc. 58) Plaintiff's Motion for Summary Judgment (Doc. 54), and Plaintiff's Motions to Dismiss Defendant's Motion for Summary Judgment (Doc. 53, 60). Having considered the parties' motions, the Court issues the following ruling.

**IT IS HEREBY ORDERED GRANTING** Defendant's Motion to Summarily Deny (Doc. 58) Plaintiff's Motion for Summary Judgment.

**IT IS FURTHER ORDERED STRIKING** Plaintiff's Motion for Summary Judgment (Doc. 54) and Statement of Facts (Doc. 57) pursuant to LR Civ 7.2(m), as they are not authorized by the Court's Orders (Doc 51, 55), Fed.R.Civ.P. 6 and 56 and LRCiv 7.2(e) and 56.1(a) and (e).

///

///

///

///

1 **IT IS FURTHER ORDERED** that Plaintiff's Motions to Dismiss Defendant's Motion for Summary Judgment (Doc. 53, 60) are **DENIED**, as they do not comport with the Federal Rules of Civil Procedure or the Local Rules of this Court.[1]

DATED this 14th day of May, 2008.

_____
Stephen M. McNamee
United States District Judge

---

[1] Plaintiff was advised by Order of this Court as to what she must do to oppose a motion for summary judgment, including which federal and local rules are applicable and how to comply therewith. She was further advised that noncompliance with the rules may be deemed a consent to the denial or granting of a dispositive motion and that the Court may dispose of the motion summarily. (Doc. 55). Plaintiff has repeatedly failed to comply with the Federal and Local Rules, thereby resulting in the instant order.